```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-61432-CIV-ZLOCH
```

ANTHONY JONES,

      Plaintiff,

vs.                                              **FINAL ORDER OF DISMISSAL**

CUMMINGS BROS. TRUCK REPAIR,
INC., et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 30), filed herein by the Plaintiff, Anthony Jones, and Defendants, Cummings Bros. Truck Repair, Inc., Roy S. Cummings, Matthew Cummings and Deborah Cummings.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    The Court has scrutinized the terms of the Parties' settlement agreement for fairness, and finds that it is in accord with the requirements set out in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.  The Joint Stipulation For Dismissal With Prejudice (DE 30) be and the same is hereby approved, adopted, and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of April, 2008.

                                                              _____
                                                              WILLIAM J. ZLOCH
                                                              United States District Judge

Copies furnished:

All Counsel of Record